# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 8, 2020

160223(93)

CAN IV PACKARD SQUARE LLC,
      Plaintiff-Appellee,

v

PACKARD SQUARE LLC,
      Defendant-Appellant,

and

BELDEN BRICK SALES CO., C.E. GLEESON
CONSTRUCTORS, INC., CITY ELECTRIC
SUPPLY COMPANY, QUANDEL
CONSTRUCTION SERVICES OF MICHIGAN,
INC., a/k/a QUANDEL CONSTRUCTION GROUP,
INC., JOHN DOES 1-100, and GAYLOR
ELECTRIC, INC.,
      Defendants.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160223
COA: 346218
Washtenaw CC: 16-000990-CB

_____/

On order of the Court, the motion for reconsideration of this Court's March 18, 2020 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 8, 2020



Clerk

a0831